■ THE PEOPLE OF THE STATE OF NEW YORK v. ROCCO DOTI et al.— Motion to dismiss appeal denied. Motion to dispense with printing granted insofar as to permit the appeals to be heard on the original records, without printing the same, except that certified copies of the informations shall be substituted in place of the original informations, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points upon the District Attorney of Bronx County and file 6 typewritten or 19 mimeographed copies of appellants' points, together with the original records, with this court on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ MICHALINE TREPETA v. ROBERT TREPETA.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and appellant's points on the Corporation Counsel of the City of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ FIVE BORO ELECTRICAL CONTRACTORS ASSOCIATION, INC., et al. v. CITY OF NEW YORK et al.— Motion to dismiss appeal denied. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVE A. GERBER, on Behalf of CHARLES JAMES MANNING, JR., v. HARRY SILBERGLITT, as Warden of the New York City Prison.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before March 16, 1961, with notice of argument for March 28, 1961, said appeal to be argued or submitted when reached. The stay contained in the order of this court, entered on January 24, 1961, is continued pending the hearing and determination of the appeal. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MICHAEL PRUZAN et al., Being the Officers and Executive Board of the Secondary School Teachers Association of New York, Inc., and All Others Similarly Situated, Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs to the respondent. There was no abuse of discretion by Special Term in refusing to grant the motion of the defendant to dismiss this action under rule 212 of the Rules of Civil Practice. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.